**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 11-21008-CIV-LENARD**

| | |
|---|---|
| **DISABILITY ADVOCATES AND** | ) |
| **COUNSELING GROUP, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **ROSS DRESS FOR LESS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | / |

**JOINT NOTICE OF PRODUCTION OF STIPULATION FOR SETTLEMENT TO**
**UNITED STATES DISTRICT JUDGE LENARD FOR *IN CAMERA* REVIEW**

Plaintiff and Defendant, by and through undersigned counsel, hereby give notice that on the date set forth below, their counsel shall deliver a copy of the Stipulation for Settlement agreed to by the parties herein, to the Chambers of United States District Judge Joan A. Lenard for *in camera* consideration by the Court with respect to the parties' Joint Notice of Settlement, and Joint Request for Approval of the Stipulation and Subsequent Dismissal of Action With Prejudice.

By agreement of the parties, the Stipulation for Settlement is not to be filed with the Clerk. Accordingly, the parties request that the Chambers of The Honorable Joan A. Lenard either destroy the Stipulation for Settlement after a ruling has been entered on the request, or that it be returned to Plaintiff's counsel.

**LAW OFFICES OF WILLIAM N. CHAROUHIS & ASSOCIATES, PA**
Counsel for Plaintiff

By:   s / William N. Charouhis
       William N. Charouhis, Esq.
       Florida Bar No.: 510076
       Suite 1750 • Brickell Bayview Centre
       Eighty Southwest Eighth Street
       Miami, Florida 33130
       Tel.: 305.979.8700
       Facsimile: 305.377.8416
       E-Mail: wnc@wnclaw.net


Dated:   April 5, 2011


**LITTLE MENDELSON**
Attorneys for Defendant

By:   s / Courtney B. Wilson
       Courtney B. Wilson, Esq.
       Florida Bar No.
       One Biscayne Tower
       2 South Biscayne Boulevard
       Suite 1500
       Miami, FL 33131-1804
       Tel.: 305.400.7565
       Facsimile: 305.489.6375
       E-Mail: cwilson@littler.com


Dated:   April 5, 2011